Below is an order of the court.

_____
PETER C. McKITTRICK
U.S. Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In re<br><br>Miriam Farley<br><br>Debtor. | Case No. 19-33575-pcm7 |
| Rodolfo A. Camacho, Trustee<br><br>Plaintiff,<br><br>v.<br><br>Timothy M. Farley,<br><br>Defendant. | Adv. Proc. No. 20-03003-pcm<br><br>ORDER DENYING MOTION AND NOTICE OF INTENT TO SETTLE AND COMPROMISE ADVERSARY PROCEEDING, AND ORDER THEREON |

THIS MATTER came before the Court on Trustee Rodolfo A. Camacho's Motion and Notice of Intent to Settle and Compromise Adversary Proceeding, and Order Thereon (Main Case Docket #34, Adv. Proc. Docket #26) (the "Motion to Settle"). Trustee/Plaintiff Rodolfo A. Camacho appeared through counsel, David W. Criswell. Defendant Timothy M. Farley appeared through counsel, Ted A. Troutman. Debtor Mimi. E. B. Farley appeared through

Page 1 of 2   ORDER DENYING MOTION AND NOTICE OF INTENT TO SETTLE AND COMPROMISE ADVERSARY PROCEEDING, AND ORDER THEREON

VANDEN BOS & CHAPMAN, LLP
Attorneys at Law
319 SW Washington Street, Suite 520
Portland, Oregon 97204-2690
(503) 241-4869

Case 20-03003-pcm    Doc 40    Filed 10/29/20

counsel, Christopher N. Coyle. Based upon the Court's record, briefing, argument from counsel, and the Court being otherwise fully advised, the Court announced its oral ruling on October 21, 2020 (and such findings and conclusions having been stated on the record and incorporated herein by reference), and

NOW, THEREFORE, it is ORDERED that the Motion to Settle is DENIED.

###

| **PRESENTED BY**: | **First Class Mail:** |
|---|---|
| VANDEN BOS & CHAPMAN, LLP | *None*. |
| | **Electronic Mail:** |
| By:/s/Christopher N. Coyle<br>    Christopher N. Coyle, OSB #073501<br>    Of Attorneys for Debtor | The foregoing was served on all CM/ECF participants through the Court's Case Management/Electronic Case File system. |

**LBR 9021-1 CERTIFICATION**
I certify that I have complied with the requirement of LBR 9021-1(a); this order was circulated following the Court's announcement of its ruling.

By:/s/Christopher N. Coyle
    Christopher N. Coyle, OSB #073501
    Of Attorneys for Debtor

Page 2 of 2    ORDER DENYING MOTION AND NOTICE OF INTENT TO SETTLE AND COMPROMISE ADVERSARY PROCEEDING, AND ORDER THEREON

VANDEN BOS & CHAPMAN, LLP
Attorneys at Law
319 SW Washington Street, Suite 520
Portland, Oregon 97204-2690
(503) 241-4869

Case 20-03003-pcm    Doc 40    Filed 10/29/20